UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LANI LANGLOIS,

       Plaintiff                                           Case No. 3:16-cv-1746 (WWE)

v.

HARTFORD BOARD OF EDUCATION,
KAREN LOTT, PAUL OSYPUK,

       Defendants.

## JUDGMENT

This matter came on for consideration of plaintiff's Motion for Summary Judgment doc. #51, and defendants' Motion for Summary Judgment doc. #44 before the Honorable Warren W. Eginton, Senior United States District Judge. The Court has reviewed all of the papers filed in conjunction with the motions and on August 5, 2019, the court granted the motion in favor of defendants.

It is therefore ORDERED, ADJUDGED and DECREED that judgment is entered in favor of defendants Hartford Board of Education, Karen Lott and Paul Osypuk, and the case is closed.

Dated at Bridgeport, Connecticut, this 8th day of August, 2019.

                                                            ROBIN D. TABORA, Clerk

                                                            By: /s/ Susan Imbriani

EOD: 8/08/19                                             Susan Imbriani
                                                                  Deputy Clerk